```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 11506
   GLENN T CUNNINGHAM SR
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-0872

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/27/2007 and was confirmed 10/11/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
FRANKLIN CAPITAL           SECURED VEHIC        .00           .00           .00
FRANKLIN CAPITAL           UNSECURED       NOT FILED          .00           .00
HSBC AUTOMOTIVE FINANCE    SECURED VEHIC   17730.00        135.13        916.41
HSBC AUTOMOTIVE FINANCE    UNSECURED         462.50           .00           .00
WELLS FARGO AUTO FINANCE   SECURED VEHIC   37544.21        317.27       1889.56
WELLS FARGO AUTO FINANCE   UNSECURED       NOT FILED          .00           .00
INTERNAL REVENUE SERVICE   NOTICE ONLY     NOT FILED          .00           .00
CAPITAL ONE                UNSECURED         280.15           .00           .00
CITIFINANCIAL              NOTICE ONLY     NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED         600.00           .00           .00
CONSOLIDATED RESORTS INC   UNSECURED       NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED         238.73           .00           .00
DAVID W DAUDELL            UNSECURED       NOT FILED          .00           .00
HSBC NV                    UNSECURED       NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSECURED         516.78           .00           .00
ECAST SETTLEMENT CORP      UNSECURED         641.41           .00           .00
MERRICK BANK               UNSECURED        1173.76           .00           .00
VERIZON WIRELESS MIDWEST   UNSECURED          47.47           .00           .00
WASHINGTON MUTUAL/PROVID   UNSECURED       NOT FILED          .00           .00
INTERNAL REVENUE SERVICE   UNSECURED        2328.74           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        10271.21           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED       NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSECURED         819.30           .00           .00
DYCK O NEAL INC            UNSECURED       54981.77           .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,314.00          .00        615.07
TOM VAUGHN                 TRUSTEE                                       266.56
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 11506 GLENN T CUNNINGHAM SR
```

```
TRUSTEE                                      4,140.00

PRIORITY                                                              .00
SECURED                                                          2,805.97
   INTEREST                                                        452.40
UNSECURED                                                             .00
ADMINISTRATIVE                                                     615.07
TRUSTEE COMPENSATION                                               266.56
DEBTOR REFUND                                                         .00
                                       ----------------   ----------------
TOTALS                                       4,140.00           4,140.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 05/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 11506 GLENN T CUNNINGHAM SR